**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-81008-CIV-MIDDLEBROOKS

In the Matter of A.R.P.

MUNIR DE FREITAS GHOSN

                    Petitioner,

v.

MARCELA PEREIRA DA SILVA

                    Respondent.

_____/

## VOLUNTARY RETURN ORDER

       This cause has come before the Court upon the agreement of the parties for the Voluntary Return of the minor child A.R.P. to Brazil with the express consent and agreement of all parties, as evidenced by the signatures on the Stipulation and Joint Motion for Entry of Voluntary Return Order of Minor Child to Brazil. (DE 26). I congratulate the parties and their counsel on their amicable resolution of this difficult matter. I also thank the Magistrate Judge for his work on this case.

       It is hereby **ORDERED** that

       1.     By agreement of Petitioner and Respondent, A.R.P. shall be returned to Brazil, **on or before September 22, 2023**.

       2.     Respondent is responsible for paying all costs associated with A.R.P.'s return to Brazil, including airfare from the United States to Brazil.

       3.     Upon Petitioner's confirmation of A.R.P.'s return to Brazil, Petitioner's counsel shall file notice with this Court that A.R.P. has returned to Brazil.  Upon the filing of Petitioner's notice, this matter will be DISMISSED WITH PREJUDICE.

4.      A.R.P.'s passport, which is currently in the possession of the Clerk of Court for the Southern District of Florida, will be released to Respondent's attorney Timothy Arcaro. Mr. Arcaro must not return A.R.P's passport to Respondent more than three days before Respondent and A.R.P. return to Brazil.

5.      Respondent's passport, currently in the possession of the Clerk of Court, may be released to Respondent after entry of this Order.

6.      Respondent will provide A.R.P.'s travel information to Petitioner, including the airline, arrival and departure times and destinations, and flight number.

7.      The parties waive any and all claims against one another under both the Hague Convention and ICARA for expenses and attorneys' fees.  Petitioner and Respondent shall pay their own attorneys' fees, expenses, and costs associated with this matter.

8.      This Voluntary Return Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

**SIGNED** in chambers in West Palm Beach, Florida this 23rd day of August, 2023.


Donald M. Middlebrooks
United States District Judge