**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-81008-CV-MIDDLEBROOKS

In the Matter of A.R.P.
MUNIR DE FREITAS GHOSN,

     Petitioner,
v.

MARCELA PEREIRA DA SILVA,

     Respondent.
_____/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court on Petitioner's Status Report and Notice of A.R.P.'s Return to Brazil (DE 33), filed October 16, 2023. I ordered, by agreement of the Parties, that A.R.P. be returned to Brazil and that upon Petitioner's confirmation of A.R.P.'s return, this matter would be Dismissed with Prejudice. (DE 28). Petitioner has made such a filing and notified the court that A.R.P. returned to Brazil on September 24, 2023. (DE 33).

Moreover, the Parties have advised that they waive any and all claims against one another under both the Hague Convention and ICARA for expenses and attorneys' fees. Accordingly, Petitioner and Respondent shall pay their own attorneys' fees, expenses, and costs associated with this matter.

Accordingly, it is ORDERED AND ADJUDGED:

1. This case is **DISMISSED WITH PREJUDICE**.
2. All pending motions are hereby **DENIED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

**SIGNED** in Chambers, at West Palm Beach, Florida this 18th day of October, 2033.

_____
Donald M. Middlebrooks
United States District Judge

Copies furnished to:
Counsel of record